**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JJ SPORTS PRODUCTIONS, INC., <br>                                  Plaintiffs, <br><br>    v. <br><br> JOSE GUADALUPE PELAYO, et al., <br><br>                           Defendant. | Case No. 2:15-cv-01662-APG-PAL <br><br> **ORDER DISMISSING CASE FOR WANT OF PROSECUTION** |

On August 26, 2016, the plaintiff was advised by the court (Dkt. #10) that, pursuant to Local Rule 41-1, this case would be dismissed for want of prosecution unless on or before September 25, 2016, action was taken in this case. Since then, the plaintiff has failed to take any action in this case. Nor has the plaintiff shown cause why this case should not be dismissed. Therefore,

IT IS HEREBY ORDERED that this lawsuit is DISMISSED without prejudice. The clerk of court shall enter judgment accordingly.

Dated: September 28, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE